# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(7) ANTHONY DWAYNE OLIVER,<br><br>Defendant. | 2:17-CR-20489-TGB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF THE VOLUNTARY SURRENDER DATE |

Defendant's motion to extend his reporting date is GRANTED. Defendant Anthony Oliver shall be permitted to voluntarily surrender on or shortly after February 29, 2020 in order to begin his custodial sentence, as directed by the United States Marshal Service and/or the Bureau of Prisons.

DATED this 23rd day of January, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge